IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| MICHELLE CLARK, | ) |
| *Plaintiff* | ) Case No. |
| v. | ) Judge |
| STANDARD INSURANCE COMPANY, | ) Magistrate Judge |
| *Defendant* | ) |

**STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Fed. R. Civ. P. 7.1, defendant, Standard Insurance Company, makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   YES ☒    NO ☐

   Parent Corporation/Affiliate Name:     StanCorp Financial Group, Inc.
   Relationship with Named Part:          Parent Corporation

2. Is there a publicly owned corporation, not a party to this case, that has a substantial financial interest in the outcome of the litigation?

   YES ☒    NO ☐

   Parent Corporation/Affiliate Name:     StanCorp Financial Group, Inc.
   Relationship with Named Part:          Parent Corporation

Date:  February 11, 2014

                                      Respectfully submitted,

                                    By: /s/ Angela L. Edwards
Angela L. Edwards                                 Attorney for Defendant,
DINSMORE & SHOHL LLP                          Standard Insurance Company
101 South Fifth Street
Suite 2500
Louisville, Kentucky 40202
(502) 581-8017
angela.edwards@dinsmore.com

Warren von Schleicher
Jacqueline J. Herring
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle Street Suite 3130
Chicago, Illinois 60601
(312) 541-0300
warren.vonschleicher@svs-law.com
jackie.herring@svs-law.com
(pending admission *pro hac vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2014, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system. I further certify that a paper copy of the electronically filed document was served on the individual addressed below via U.S. Mail, postage pre-paid at 101 South Fifth Street, Louisville, Kentucky.

M. Austin Mehr
Philip G. Fairbanks
Erik D. Peterson
Bartley K. Hagerman
Mehr Fairbanks Trial Lawyers, PLLC
201 West Short Street, Suite 800
Louisville, Kentucky 40507
amehr@austinmehr.com
pgf@austinmehr.com
edp@austinmehr.com
bkh@austinmehr.com

/s/ Angela L. Edwards
Angela L. Edwards
DINSMORE & SHOHL LLP
101 South Fifth Street
Suite 2500
Louisville, Kentucky 40202
P  502-581-8017
F  502-585-2207
angela.edwards@dinsmore.com